IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. |
| v. | 1:13-CR-0130-01-SCJ |
| ENEDINA DEL CARMEN MORENO, | |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of the Honorable Janet F. King, United States Magistrate [Doc. No. 129], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court.

Accordingly, the Defendant is found competent to stand trial.[1]

IT IS SO ORDERED, this 25th day of September, 2014.

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The Court enters this order for purposes of perfecting the record. The Defendant entered a guilty plea on June 30, 2014 and is scheduled for sentencing on December 15, 2014.